IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01205-GPG

PETER EDWARD DUNKER,

    Applicant,

v.

DAVID ZUPAN, Warden CTCF,
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

    Respondents.

ORDER DISMISSING CASE

    Plaintiff, Peter Edward Dunker, is a Colorado state prisoner. It has come to the Court's attention that Mr. Dunker, apparently inadvertently, has initiated two separate § 2254 habeas actions raising the same claims to challenge his state court conviction. On May 1, 2015, Mr. Dunker submitted pro se an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and civil action number 15-cv-00934-GPG was opened. On May 7, 2015, the Court ordered Mr. Dunker to cure certain deficiencies in that action within thirty days. On June 9, 2015, Mr. Dunker submitted another § 2254 application that did not include a case number and the instant action was opened.

    Mr. Dunker may not pursue a § 2254 application for habeas corpus in two separate actions. Therefore, the instant action will be dismissed without prejudice and Mr. Dunker will be directed to pursue his habeas claims in civil action number 15-cv-00934-GPG. All future filings regarding his § 2254 application should be made in civil action number 15-cv-00934-GPG and Mr. Dunker is instructed to include the civil action

number on any papers he files in that case.

Finally, the Clerk of the Court will be directed to file in civil action number 15-cv-934-GPG a copy of Mr. Dunker's Application for Writ of Habeas Corpus Pursuant to 28 USC § 2254 (ECF No. 1) that was filed in this action.  Accordingly, it is

ORDERED that the instant action is dismissed without prejudice.  It is

FURTHER ORDERED that the clerk of the Court file in civil action number 15-cv-00934-GPG a copy of the Application for Writ of Habeas Corpus Pursuant to 28 USC § 2254 (ECF No. 1) that was filed in this action.

DATED at Denver, Colorado, this   11th   day of    June       , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court